NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1520

CITY OF LAKE CHARLES

VERSUS

LOCAL UNION 1524 OF LA. PUBLIC EMPLOYEES, ET AL.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-2668
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Billie Colombaro Woodard, and Michael G. Sullivan, Judges.

AFFIRMED.

**Mark Edmond Falcon**
**Attorney at Law**
**P.O. Box 2667**
**Baton Rouge, LA 70821**
**(225) 387-4462**
**Counsel for: Defendant/Appellant**
    **Local Union 1524 of La. PublicEmp. Council No. 17**

**William  B. Baggett**
**Bagget, McCall, et al**